IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARLEE STINSON, an individual,<br>　　　　Plaintiff,<br>　　v.<br>NATIONAL CREDIT SYSTEMS INC, a Georgia Corporation,<br>　　　　Defendant. | Case No.: 1:17-cv-01106-SCJ-JKL |

**REPLY BRIEF OF CHARITY A. OLSON IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION AND RESPONSE TO ORDER TO SHOW CAUSE**

INTRODUCTION

Petitioner, Charity A. Olson, Esq. ("Petitioner"), submits this reply to this Honorable Court's Order (Doc. 20) requiring Petitioner to (a) respond to the allegations set forth in Plaintiff's Response (Doc. 19) to Petitioner's Application for Admission Pro Hac Vice ("Petitioner's Application") (Doc. 18) and (b) show cause why Petitioner's Application should not be denied.

Although Petitioner has timely and properly sought permission to appear in this matter, Petitioner acknowledges that Petitioner's inadvertent failure to seek timely *pro hac vice* admission in other cases set forth in Plaintiff's response gives this Honorable Court great pause. However, the assertion that Petitioner has willfully engaged in improper conduct before this tribunal is without merit.

1

Given the circumstances surrounding Petitioner's prior omissions and corresponding remediation efforts, which are set forth in greater detail below, and Petitioner's strict compliance with ND GA 83.1(B) as it relates to this matter, Petitioner respectfully requests that this Honorable Court grant Petitioner's request to appear *pro hac vice*.

## PETITIONER'S PROFESSIONAL BACKGROUND AND PRACTICE

Petitioner is an attorney licensed to practice before all the Federal and State courts located in the State of Michigan. Petitioner is also admitted to practice before the Courts of Appeals for the Sixth Circuit, and the district courts for the Northern and Central Districts of Illinois, the Southern District of Indiana, the Eastern District of Wisconsin and the Districts for the State of Colorado and New Mexico. Petitioner is also regularly admitted on a *pro hac vice* basis in district courts throughout the United States.

Petitioner's legal career has primarily focused on banking and consumer finance litigation. After graduating from Western Michigan University Cooley Law School, Petitioner worked as an associate attorney at Plunkett Cooney, one of the largest and most respected law firms in the Michigan. In December 2009, Petitioner left Plunkett Cooney to establish her own law specializing in the defense of individual and class action claims stemming from alleged violations of debt

collection, credit reporting and other consumer protection statutes. With limited exceptions, Petitioner has served as a solo practitioner between December 2009 and August 2017. On August 14, 2017, Petitioner joined the firm of Brock & Scott, PLLC.[1]

Petitioner serves as National Credit Systems, Inc.'s ("NCS") nationwide outside counsel. Over the last five years, Petitioner has represented NCS in numerous cases throughout the United States, either directly, through local counsel or as co-counsel.

In addition to Petitioner's representation of clients in cases throughout the United States, Petitioner is a past faculty member at the Institute for Continuing Legal Education, frequent lecturer on FDCPA, FCRA, TILA, TCPA and UDAAP claims and currently serves as ACA International's State Compliance Chair for Michigan.

Prior to the unfortunate circumstances surrounding denial of Petitioner's pro hac vice application in the *Bumpus vs. National Credit Systems, Inc.* matter (Case No.: 16-cv-01209) ("Bumpus"), and the current challenge to Petitioner's application is this matter, Petitioner had never had a *pro hac vice* application denied, revoked or

---

[1] Petitioner has updated her contact information with the Clerk's office in accordance with LR 83.1(D)(3).

challenged. Petitioner has, likewise, never been subject to disciplinary action in any jurisdiction.

### PETITIONER'S APPLICATION TO APPEAR PRO HAC VICE IN THIS MATTER

On April 27, 2017, NCS' counsel of record, Kyle Kotake, Esq., appeared in this matter. With the exception of an email sent by Petitioner to Plaintiff's counsel on April 25, 2017 advising of Mr. Kotake's retention, Mr. Kotake has filed all pleadings and other requisite filings in this matter and has served as the exclusive point of contact for NCS throughout the case.

On August 7, 2017, Petitioner, through Mr. Kotake, requested admission to appear in this matter *pro hac vice* pursuant to ND GA 83.1(B). (Doc. 18). Petitioner's application identified all past and current matters in which Petitioner has appeared in this district, including each of the matters identified in Plaintiff's response.

Plaintiff's opposition to Petitioner's admission is not based on any conduct that has occurred in this matter. Rather, Plaintiff requests that Petitioner's application to appear *pro hac vice* in this matter be denied based on Petitioner's inadvertent failure to seek admission in past matters as and when required under ND GA 83.1(B).

## PETITIONER'S FAILURE TO SEEK TIMELY ADMISSION IN PAST CASES WAS INADVERTENT BUT HAS BEEN REMEDIED TO THE BEST OF PETITIONER'S ABILITY

Plaintiff correctly points out that Petitioner failed to seek admission in various other cases as and when required under ND GA 83.1(B). Although Plaintiff suggests that such failures evidence a deliberate pattern of misconduct, Petitioner's failure to seek admission in such matters was inadvertent. Petitioner believed, incorrectly, that all necessary steps had been taken by Petitioner's office to secure Petitioner's *pro hac vice* admission in each of the cases at issue. However, given the press of business and miscommunication in Petitioner's office, such steps were not completed as and when required. Petitioner acknowledges, as she must, that it was Petitioner's obligation to ensure that the requirements of ND GA 83.1(B) were met in each of the matters at issue and takes full responsibility for the oversight.

On February 8, 2017, the Clerk notified Petitioner that the requisite application(s) for admission pro hac vice had not been filed in the *Jackson*, *Bumpus*, *Almagur*, *Mosley* and *Collins* matters. Thereafter, Petitioner took all steps outlined by the Clerk to seek admission *pro hac vice* in accordance with ND GA 83.1(B).[2]

---

[2] Petitioner could not seek admission in the *Robles* and *Taylor* matters because these matters were closed.

With the exception of the *Bumpus* matter, Petitioner's *pro hac vice* applications in each of the above-referenced matters were granted. Petitioner did not respond to Plaintiff's response in opposition to her application in the *Bumpus* matter (Doc. 47) because she believed that her admission had been "approved" as March 20, 2017 as reflected on the docket. It was not until the Court entered its subsequent order on April 5, 2017 denying the application that Petitioner learned that her application had been formally denied. Petitioner has since obtained further clarification from the Clerk's office regarding the process for submitting and approving such applications.

Petitioner recognizes that it is a privilege and not a right to appear before this Court *pro hac vice*. Petitioner also acknowledges, as she must, that her prior failure to seek timely admission has regrettably cast doubt, in the eyes of this Court, on her ability to adhere to the local rules of this Court.

In the meantime, Petitioner has taken all possible steps to remedy the earlier period of non-compliance and has carefully implemented procedures to ensure timely compliance with ND GA 83.1(B) in this and future matters. Petitioner has also reviewed the local rules of this court again and has consulted Georgia ethics counsel to ensure that such mistakes are not repeated again.

## CONCLUSION AND REQUESTED RELIEF

For the foregoing reasons, Petitioner respectfully requests that the Court grant her application to appear in this matter *pro hac vice*.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | BROCK & SCOTT, PLLC |
|  | /s/ Charity A. Olson |
|  | Charity A. Olson (P68295) |
|  | 2723 S. State St., Ste. 150 |
|  | Ann Arbor, MI 48104 |
|  | Tel: (734) 222-5179 |
| Date: August 28, 2017 | Fax: (866) 941-8712 |
|  | *Pro Hac Vice Application Pending* |

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | BROCK & SCOTT, PLLC |
|  | /s/ Kyle S. Kotake |
|  | Kyle S. Kotake |
|  | Georgia Bar No. 428697 |
|  | 4360 Chambee Dunwoody Rd. |
|  | Suite 310 |
|  | Atlanta, GA 30341 |
|  | Tel: (404) 789-2661 Ext. 2306 |
| Date: August 28, 2017 | Fax: (404) 294-0919 |
|  | *Attorney for Defendant* |

## **L.R. 7.1 CERTIFICATE OF COMPLIANCE**

Per L.R. 7.1(D), I certify this pleading was prepared in Times New Roman, 14 point typeface, in accordance with L.R. 5.1(B).

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | BROCK & SCOTT, PLLC |
|  | /s/ Charity A. Olson |
|  | Charity A. Olson (P68295) |
|  | 2723 S. State St., Ste. 150 |
|  | Ann Arbor, MI 48104 |
|  | Tel: (734) 222-5179 |
| Date: August 28, 2017 | Fax: (866) 941-8712 |
|  | Pro Hac Vice Application Pending |
|  | Respectfully Submitted, |
|  | BROCK & SCOTT, PLLC |
|  | /s/ Kyle S. Kotake |
|  | Kyle S. Kotake |
|  | Georgia Bar No. 428697 |
|  | 4360 Chambee Dunwoody Rd. |
|  | Suite 310 |
|  | Atlanta, GA 30341 |
|  | Tel: (404) 789-2661 Ext. 2306 |
| Date: August 28, 2017 | Fax: (404) 294-0919 |
|  | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that on August 28, 2017, she electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

Respectfully Submitted,

BROCK & SCOTT, PLLC

/s/ Charity A. Olson
Charity A. Olson (P68295)
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712

Pro Hac Vice Application Pending

Respectfully Submitted,

BROCK & SCOTT, PLLC

/s/ Kyle S. Kotake
Kyle S. Kotake
Georgia Bar No. 428697
4360 Chambee Dunwoody Rd.
Suite 310
Atlanta, GA 30341
Tel: (404) 789-2661 Ext. 2306
Fax: (404) 294-0919

Date: August 28, 2017

*Attorney for Defendant*